IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARRIER BUSTERS; SHONA EAKIN, MICHAEL EAKIN, MARY ANN PARSNIK AND CAROLYN CHEHAN on behalf of themselves and all others similarly situated | :<br>:<br>: CA No.   02-203 E<br>:<br>: |
| Plaintiffs | :<br>: |
| v | : Magistrate Judge Baxter<br>: |
| CITY OF ERIE, PENNSYLVANIA | :<br>: |
| Defendant | : |

**NOTICE OF FILING ANNUAL REPORT**

Notice is hereby given that the City of Erie hereby files this 2020 Annual Report of Curb Ramp Construction Progress (Exhibit 1) attached in PDF format in accordance with the digital upload limits imposed by the Consent Decrees and Stipulated Order Regarding Interpretation.

**CITY OF ERIE**

Respectfully submitted,

/s/ Catherine M. Doyle
Catherine M. Doyle, Esq.
PA Supreme CT. ID # 81743
626 State Street, Room 505
Erie, PA 16501
Ph:(814) 870-1230
Fax: (814) 455-9438
cdoyle@erie.pa.us
(Counsel for Defendant)